IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** | : |
| Petitioner, | : |
| vs. | :  CIVIL ACTION 11-0415-CG-B |
| **GARY HETZEL,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice. It is further **ORDERED** that petitioner's pending motions (Docs. 19, 20, 27, 29, 30, 31, 35, 37, 39 & 40) are **DENIED** as **MOOT**.

**DONE and ORDERED** this 6th day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE