IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-0415-CG-B |
| **GARY HETZEL,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice to petitioner's right to re-file once he has exhausted his state remedies.

**DONE and ORDERED** this 6th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE